UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUVENAL SANCHEZ-ISLAS, <br><br> Defendant. | Case No. CR10-055-RSL <br><br> ORDER DENYING THE UNITED STATES' MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court on the government's Motion for a Protective Order (Dkt. # 349). The Court has reviewed the information at issue *in camera* and, having also reviewed the motions and memoranda filed in this case, finds as follows:

THE COURT DENIES the government's motion. Absent a duty to disclose, there is no need for a protective order. See Fed. R. Crim. P. 16(d)(1). And, assuming the veracity of the facts the government presented *ex parte* to the Court, Rule 16 does not compel the disclosure of the information at issue.

Should facts later arise that implicate the government's disclosure duties, the government may seek whatever relief it thinks necessary, keeping in mind that a protective order would affect only the government's obligations under Rule 16. It would not excuse any obligations that might arise under Brady v. Maryland, 373 U.S.

ORDER DENYING THE UNITED STATES'
MOTION FOR PROTECTIVE ORDER - 1

83, 87 (1963), and its progeny.  E.g., United States v. Agurs, 427 U.S. 97, 108–09 (1976).

DATED this 18th day of October, 2011.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING THE UNITED STATES'
MOTION FOR PROTECTIVE ORDER - 2